IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H SHEFF B SHEFF-MEISELMAN K SHEFF DAVID SHEFF FAMILY TRUST U/A DTD 09/06/2016, derivatively on behalf of GOPRO, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS D. WOODMAN, BRIAN MCGEE, ANTHONY BATES, KENNETH GOLDMAN, PETER GOTCHER, ALEXANDER LURIE, MICHAEL MARKS and EDWARD GILHULY, <br><br> Defendants, <br><br> and <br><br> GOPRO, INC., <br><br> Nominal Defendant. | Case No. 17-cv-06504-CW <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE <br><br> (Dkt. No. 4, 27, 33) |

On February 22, 2018, Plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This is a shareholder derivative action. Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(1)(A), it may not be voluntarily dismissed without the Court's approval.

The Court construes Plaintiff's notice of voluntary dismissal as a motion for dismissal without prejudice. So construed, the motion (Docket No. 33) is GRANTED in light of the early stage of this litigation and the issues raised in Defendants' pending motion to dismiss on forum non conveniens and ripeness grounds. This action is hereby DISMISSED WITHOUT

PREJUDICE.

The Court DENIES AS MOOT Plaintiff's motion to seal (Docket No. 4), see Civil L.R. 79-5(f)(2), and Defendants' motion to dismiss (Docket No. 27).

IT IS SO ORDERED.

Dated: February 23, 2018

CLAUDIA WILKEN
United States District Judge